## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### <u>NOTICE</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:23-CR-00260 |
| | ) | |
| v. | ) | (BRANN, C.J.) |
| | ) | |
| TYSHAWN MCDADE, | ) | |
| Defendant | ) | (ARBUCKLE, M.J.) |
| | ) | |

Type of Case:

( ) Civil        (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been <u>**SCHEDULED**</u> for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **October 11, 2023** |
| Williamsport, PA 17701 | Time: **1:00 p.m.** |

TYPE OF PROCEEDING:                    **Initial Appearance & Arraignment**

Peter J. Welsh, Clerk of Court

*s/Christine A. Williamson*

Christine A. Williamson, Deputy Clerk

DATED:  September 28, 2023

To:        U.S. Attorney's Office – Geoffrey W. MacArthur
            Defendant
            U.S. Marshal
            Pretrial / Probation
            File