FILED
WILLIAMSPORT

SEP 29 2023

PER ____EA____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 4: 23-CR-00260 |
| v. | |
| TYSHAWN MCDADE, | (CHIEF JUDGE BRANN) |
| | (M.J. ARBUCKLE) |
| Defendant | |
| | FILED ELECTRONICALLY |

## MOTION TO PARTIALLY UNSEAL THE CASE

The United States hereby moves the Court to unseal this case in regard to the defendant Tyshawn McDade ONLY. The defendant currently has a detainer in place.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ Geoffrey W. MacArthur
GEOFFREY W. MACARTHUR
Assistant U.S. Attorney
240 W. Third Street
Williamsport, PA 17701
Geoffrey.MacArthur@usdoj.gov